**RELATE DDJ**

*THOMAS WADE ROBINSON*
FULL NAME

*HIGH DESERT DETENTION CENTER*
COMMITTED NAME (if different)

*9438 COMMERCE WAY*
FULL ADDRESS INCLUDING NAME OF INSTITUTION

*ADELANTO, CA. 92301*

*# 1726330496 (4F-19)*
PRISON NUMBER (if applicable)

F I L E D
CLERK, U.S. DISTRICT COURT

MAY - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*THOMAS WADE ROBINSON*

PLAINTIFF,

v.

*COUNTY OF SAN BERNARDINO*

DEFENDANT(S).

CASE NUMBER

**5:23-CV-00836-DMG-PVC**

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT
PURSUANT TO** *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2.  If your answer to "1." is yes, how many? _____ 1 _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

    *— PLEASE SEE ATTACHMENTS —*

a. Parties to this previous lawsuit:
Plaintiff _THOMAS WADE ROBINSON_

Defendants _COUNTY OF SAN BERNARDINO_

b. Court _UNITED STATES DISTRICT COURT_
_CENTRAL DISTRICT OF CALIFORNIA_

c. Docket or case number _5:18-CV-02673-DMG-SS_

d. Name of judge to whom case was assigned _SUZANNE H. SEGAL_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _YES, AFTER SUMMARY JUDGMENT._

f. Issues raised: _I DID NOT APPEAL IT. IT IS NOT PENDING. NOTE:_
_PLEASE SEE ATTACHMENT (A. PREVIOUS LAWSUITS)_

g. Approximate date of filing lawsuit: _6-11-2019 @ 4:22 PM_

h. Approximate date of disposition _11-10-2020_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _THOMAS WADE ROBINSON_
_#1706370496_
(print plaintiff's name)
who presently resides at _H.D.D.C. 9438 COMMERCE WAY, ADELANTO, CA. 92301_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_GLEN HELEN REHABILITATION CENTER / HIGH DESERT DETENTION CENTER._
(institution/city where violation occurred)

on (date or dates) *11-21-2021* , *9-9-2022* , *8-11-2018* .
            (Claim I)         (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant *DR. MUDGE* resides or works at
(full name of first defendant)
*CUCAN VALLEY REHABILITATION CENTER*
(full address of first defendant)
*ORTHOPEDIC DOCTOR FOR SAN BERNARDINO COUNTY*
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law: *FULL CONTACT BASKETBALL —*
*MY CLAVICAL BONE WAS NEVER PLACED INTO MY RIGHT SHOULDER*
*AFTER I WAS TACKLED ON THE CONCRETE BASKETBALL COURT. (SEE ATTACHMENT)*

2. Defendant *CATHERINE LEIGH QUILL* resides or works at
(full name of first defendant)
*9411 HAVEN AVENUE, RANCH CUCAMONGA, CA. 91730*
(full address of first defendant)
*DEPUTY PUBLIC DEFENDER ATTORNEY AT LAW*
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
*① COUNSEL DID NOT BELIEVE IN THE DEFENSES INNOCENCE THAT IS A*
*6TH AMENDMENT GUARANTEE OF REPRESENTATION. (SEE ATTACHMENT)*

3. Defendant *S. HAMILTON* resides or works at
(full name of first defendant)
*H.D.D.C. 9438 COMMERCE WAY, ADELANTO, CA. 92301*
(full address of first defendant)
*DEPUTY SHERIFF*
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
*DEPUTY S. HAMILTON WITNESSED ME GETTING ATTACKED WITH GRAVE*
*BODILY INJURY BY A SOUTHSIDER GANG MEMBER AND RECOMMENDED TO*
*ME NOT TO PRESS CHARGES AFTER READING THE ATTACKER HIS RIGHTS.*
*(SEE ATTACHMENT)*

4.  Defendant  A. SINCLAIR (RETIRED)  resides or works at

(full name of first defendant)

H.D.D.C. 9438 COMMERCE WAY, ADELANTO, CA. 92301

(full address of first defendant)

DEPUTY SHERIFF

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

Explain how this defendant was acting under color of law:

DEPUTY A. SINCLAIR WITNESSED ME GETTING ATTACKED WITH GRAVE BODILY INJURY BY A SOUTHSIDER GANG MEMBER AND RECOMMENDED THAT FOR MY OWN SAFETY THAT I DON'T PRESS CHARGES.

5.  Defendant  _____  resides or works at

(full name of first defendant)

_____

(full address of first defendant)

_____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

— *SEE ATTACHMENTS* —

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

— *SEE ATTACHMENTS* —

*\*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I WOULD LIKE MY CASE NUMBER:
FVI17001548 DISMISSED OR RETRIED WITH A
STATE APPOINTED ATTORNEY WHO WILL BELIEVE IN
MY INNOCENCE.
I WOULD LIKE TO HAVE LAPRISCOPIC SURGARY ON
MY SHOULDER SO MY BONE IS NOT PROTRUDING
FROM MY BODY AND I AM NOT IN PAIN.
I WOULD LIKE 10 MILLION DOLLARS FOR ALL
THE LONG TERM DAMAGES I NOW HAVE TO
ENDURE. I AM 60 YEARS OLD ON 7-1-23.
I WILL NEVER BE THE SAME BECAUSE OF
SAN BERNARDINO COUNTIES CORRUPT
JUDICIAL SYSTEM.

② I WOULD LIKE A MEDICAL DISCHARGE AND A
DISMISSAL OF MY CASE FVI17001548 BASED ON A
VIOLATION OF BOTH THE 5TH AMENDMENT AND THE
6 TH AMENDMENT TO THE CONSTITUTION OF THE
UNITED STATES.

4-26-2023
_(Date)_                                            _(Signature of Plaintiff)_



A. PREVIOUS LAWSUITS —

I FILED MY SPECIFIC INDIFFERANCE
LAWSUIT AGAINST THE COUNTY OF SAN
BERNARDINO ON 6-11-2019 AT 4:22 pm.
I FILED IT BECAUSE FOR TWO YEARS I WAS
BEING TOLD I HAD HEP. C WHEN I KNEW
DIFFERENT. I TOLD THE NURSE AND INFORMED
THE DETENTION CENTER WHEN I WAS ARRESTED
ON 6-10-2017 THAT I PREVIOUSLY HAD HEP. C.
I WAS GIVEN A BLOOD TEST AND THE R.N. TOLD
ME I STILL HAD THE VIRUS WHEN IT WAS THE
ANTIBODY. I ASKED FOR A HEPANIC PANEL TO
GET MY VIRAL LOAD AND GENOTYPE. BUT,
THE R.N. SPECIFICALLY AND INDIFFERENTLY
WAS UNCONCERNED ABOUT MY CARE. SHE KEPT
REFUSING MY REQUEST. SHE JUST SAID I
HAD THE VIRUS AND SAN BERNARDINO COUNTY
DOES NOT HAVE THE BUDGET TO TREAT HEP. C
BECAUSE HARVONI AT THE TIME WAS $80,000.⁰⁰
FOR A FULL TREATMENT.

  I KEPT TELLING THEM THAT I ALREADY WENT
THROUGH A YEAR OF INTERFERON TREATMENT
AT KAISER IN 2003 AND 2004,

    THEY REFUSED ME, COMPLETELY UNCONCERNED
ABOUT MY LEVEL OF THE VIRUS OR VIRAL LOAD.
NO MATTER WHAT MEDICATION I TAKE I'LL ALWAYS
HAVE THE VIRUS ANTIBODY.

                              OVER



I HAD TO WAIT OVER TWO YEARS AND TO FILE A LAWSUIT IN FEDERAL COURT TO GET THEM TO DO A FULL HEPATIC PANEL. THEY STILL TO THIS DATE NEVER SHARED WITH ME A COPY OF THE LAB RESULTS AND WHAT MY VIRAL LOAD IS THEN AND WHAT IT IS TODAY. I HAVE NOT HAD A HEPATIC PANEL BLOOD TEST SINCE 2020 OVER THREE YEARS NOW.

SO, AFTER I FILED MY CASE WITH YOUR COURT THE COUNTY OF SAN BERNADINO WAS SERVED BY THE U.S. MARSHALL. THEY RESPONDED WITH A SUMMARY JUDGEMENT AND A LIST OF ENTITLEMENTS. ALSO, THEY CAME OUT AND DID A DEPOSITION AT THE COUNTY JAIL. THEY WENT TO MY FATHERS HOME IN SAN CLEMENTE AND DID A DEPOSITION ON HIM AS WELL. MY FATHER WAS A GENERAL PRACTITIONER MEDICAL DOCTOR BEFORE HE DIED ON OCTOBER 4, 2020. HE HELPED ME WITH MY DISEASE FOR MANY YEARS INCLUDING THE TREATMENT I WENT THROUGH WITH KAISER.

AT THAT POINT I HAD AN ATTORNEY WHO WAS HELPING ME PRO BONO. HIS NAME IS PHILLIP DEITCH. HE IS THE MAIN REASON WHY MY CASE GOT

3.

DISMISSED IN ADDITION TO COVID-19 AND ALL THE QUARANTINES PREVENTING ME FROM GETTING MY DECLARATION OUT. ALSO, PHILLIP DEITCH AT THE TIME WAS 89 YEARS OLD. HIS WIFE HAD SEVERE ILLNESSES THAT PREVENTED HIM FROM ANY EXPOSURE TO COVID-19. HE FILED CONTINUANCES MANY TIMES. HOWEVER, AFTER A NEW JUDGE WAS APPOINTED HE DID NOT ALLOW ANY MORE CONTINUANCES AND HE DID NOT GET MY DECLARATION NOTARIZED AND FILED ON TIME. AFTERWHICH, MY CASE WAS DISMISSED. PHILLIP DEITCH DID NOT WANT TO APPEAL MY CASE BECAUSE OF COVID-19 AND AT HIS AGE I DON'T BLAME HIM.

MY TWO NEW CLAIMS ARE AGAIN MORE EXAMPLES OF SPECIFIC INDIFFERENCE. THEY SHOW HOW UNCONCERNED THE COUNTY OF SAN BERNARDINO IS REGARDING MY CIVIL RIGHTS.

CLAIM # 1 (DR. MUDGE)

ON THE DAY, I BELIEVE IT WAS A SATURDAY, 11-21-2021 I WAS BEING HOUSED AT GLEN HELEN REHABILITATION CENTER AND MY DORM WAS GIVEN OUTSIDE RECREATION AT THE BIG YARD. I WAS HOUSED AT

(4)

32 - M3 - 24 - PT IN THE PATCHES THEY CALL IT. AT THE BIG YARD THERE ARE TWO FULL COURT BASKETBALL AREAS. WELL, ON ONE OF THESE COURTS THEY ALLOW THE INMATES TO PLAY "FULL CONTACT BASKETBALL." IT IS LIKE TACKEL FOOTBALL ON CONCRETE. I WAS ON A TEAM WHO WAS DEFENDING OUR GOAL. I WENT UP TO GET THE REBOUND AND I WAS SCISSORED BY TWO OPPONANTS WITH FULL CONTACT. ONE WENT LOW WITH ALL HIS FORCE AND ONE WENT HIGH WITH FULL FORCE MAKING ME FLIP A 180 IN MIDAIR AND LAND ON MY SHOULDER AND HEAD. MY SHOULDER CRUNCHED ON THE CONCRETE SEPARATING MY RIGHT SHOULDER FROM MY CLAVICAL BONE. MY BONE WAS STICKING OUT BY ABOUT THREE INCHES BETWEEN MY NECK AND RIGHT SHOULDER. I WAS IN EXTREEM PAIN. THE BROTHERS ON THE BASKETBALL COURT JUST LAUGHED ABOUT IT YELLING OUT "CRUNCH" WHILE I LIMPED AWRY. THEIR NICKNAMES ARE "TRUE" AND "PREACHER". I DON'T KNOW THERE REAL NAMES. THE DEPUTY ON DUTY WHO WAS ALSO AFRICAN AMERICAN DID NOTHING TO COMFORT ME WHILE I WAS IN EXTREEM PAIN. AN AMBULANCE WAS CALLED AND I WAS TAKEN TO ARROWHEAD HOSPITAL. I EXPLAINED TO THE CHIEF TRAMA DOCTOR ABOUT THE FULL CONTACT

(5.)

BASKETBALL". I DID NOT GIVE ANYONE OF THE DEPUTIES THE TRUTH ABOUT BEING TACKLED BESIDES THE TRAUMA DOCTOR AT ARROWHEAD HOSPITAL BECAUSE I HAD ALREADY BEEN BEAT UP BY A GANG AT H.D.D.C. CALLED THE SOUTHSIDERS (CLAIM 3, 4) AND TOLD BY TWO DEPUTIES NOT TO PRESS CHARGES. SO I WAS PROTECTING MY LIFE AND KEEPING QUIET. I THEN, WAS GIVEN SOME PAIN MEDICATION AND A CATSCAN AND MRI, I WAS GIVEN A SHOULDER SLING AND SENT BACK TO GLEN HELEN. AT GLEN HELEN I WAS SEEN BY JUDITH McGEE THE R.N.. THE TIME WAS 12:29:09 AM PST ON 11/21/2021. SHE SEEMED VERY UNCONCERNED ABOUT MY BONE STILL UNSET AND STICKING THREE INCHES BETWEEN MY RIGHT SHOULDER AND MY NECK. ARROWHEAD HOSPITAL DID NOTHING TO EVEN TRY TO RESET MY CLAVICAL BONE ON THE RIGHT SIDE OF MY BODY INTO MY RIGHT SHOULDER, SO NOW JUDITH McGEE TELLS ME I CAN'T HAVE THE SLING THE HOSPITAL GAVE ME BECAUSE IT HAS METAL IN IT. I'M IN EXTREME "LEVEL 10 PAIN" AND SHE REMOVES IT NOT GENTLY, BUT AGGRESSIVELY. THEN, SHE GIVES ME A STRAP THING THAT DOES NOT GO OVER MY ELBOW IT JUST HOLDS UP MY ARM BY MY FOREARM. IT CAUSE ALL KINDS OF PAIN AND UNCOMFORT. SHE WAS NEVER CONCERNED ABOUT MY CONDITION AND LEVEL OF INJURY.

- OVER *

6.

SO, NOW I AM SITTING IN JAIL WITH A BONE STICKING THREE PLUS INCHES OUT OF MY NECK AND NO ONE IS RESETTING IT. I DON'T SEE AN ORTHOPEDIC DOCTOR (DR. MADGE) UNTIL 12/9/2021 @ 9:19:14 AM PST AT WEST VALLEY ORTHOPEDIC CENTER. THAT IS ALMOST THREE WEEKS LATER MUCH TO LONG TO RESET MY SHOULDER. SO, I GO TO MY APPOINTMENT STILL IN EXTREEM PAIN AFTER THREE WEEKS AND DR. MADGE GREETS ME WITH AN ASSISTANT. HE IS A SMALL THIN MAN WITH A CANE TO HELP HIM WALK AND I ASK HIM HIS AGE VERY POLITLEY. HE TELLS ME HE IS 89 YEARS OLD. I ASK HIM WHY THEY WAITED SO LONG TO SEE AN ORTHOPEDIC SURGEON. IS IT NOT TOO LONG TO GO FROM THE TIME OF THE ACCIDENT AND THREE WEEKS LATER TO RESET A STAGE THREE DISLOCATION IN MY SHOULDER? HE IGNORES ME AND SAYS; "LET'S GIVE IT A TRY". THE MAN, BECAUSE OF HIS AGE, DOES NOT HAVE ENOUGH STRENGTH TO WALK LET ALONE RESET A 260 POUND 6'1" MAN LIKE MYSELF. I GOT TO GIVE HIM CREDIT. HE TRIED AS HARD AS HE COULD. BUT DR. MADGE COULD NOT BUDGE MY SHOULDER. SO, I ASKED HIM ABOUT LAPRISCOPIC SURGERY TO RESET THE BONE, OR, A DRX 9000 TO SLOWLEY CONTORT IT BACK INTO MY SHOULDER. HE JUST LAUGHED AND SAID LIKE I'VE HEARD BEFORE

7.

THAT IT IS NOT IN THE COUNTIES BUDGET. I WAS GIVEN A HARNESS AND TOLD TO MAKE CIRCLES WITH MY INJURED ARM DAILY. I DID THE EXERCISES AND IT WAS PAINFUL. IT DID NOTHING TO HELP ME. MY BONE IS STILL THREE INCHES STICKING OUT OF MY NECK AND I AM STILL TWO YEARS LATER IN PAIN. I HAVE EXHAUSTED ALL MY GRIEVENCES AND JUDICIAL REMEDIES. I WOULD LIKE TO HAVE SURGERY ON MY SHOULDER AND MY CLAVICAL BONE RESET INTO ITS SOCKET SO MY ARM CAN REJOIN THE TRUNK OF MY BODY. I AM TIRED OF THE PAIN AND THE BONE STICKING OUT OF MY BODY.

CLAIM # 2 (CATHERINE LEIGH QUILL)

MY PUBLIC DEFENDER DID NOT BELIEVE IN MY INNOCENCE THAT IS A 6TH AMENDMENT GUARANTEE OF REPRESENTATION.

ON THE FOLLOWING PAGES PLEASE SEE MY LIST OF SPECIFIED GROUNDS TO THE CLAIM IN NUMERICAL ORDER 1 THRU 13.

1.) I WAS EXTREAMLY HIGH AND DRUNK THE DAY OF THE SHOOTING ON 6-10-2017. CATHERINE LEIGH QUILL NEVER BROUGHT UP OR PRESENTED THESE FACTS AT MY TRIAL. MY BLOOD ALCOHOL LEVEL WAS .05 NINE HOURS AFTER THE SHOOTING. A SPECIALIST DR. MINAGAWA TOLD ME THAT MY BLOOD ALCOHOL LEVEL AT THE

CASE NUMBER FUL1700/598



TIME OF THE SHOOTING WOUND OF BEEN
.17 OVER TWICE THE LEGAL LIMIT. I
WAS ALSO HIGH ON MARIJUANA AND OPIOIDS.
I ASKED HER TO PRESENT ALL THIS AT TRIAL
BUT SHE REFUSED ME. I KEPT ASKING HER
"WHY"?

2.) SINCE I WAS DRUNK AND HIGH MY MIRANDA
INTERVIEW SHOULD NEVER OF BEEN USED.
ESPECIALLY, AFTER I REQUESTED THEM TO
STOP INTERVIEWING ME ON PAGE 23 OF
THE MIRANDA INTERVIEW TRANSCRIPT. I TOLD
THE INVESTIGATOR I DIDN'T WANT TO BE
INTERVIEWED, MY UNDERSTANDING OF THE
RULES REGARDING THE MIRANDA INTERVIEW
IS THAT IF THE PERSON BEING INTERVIEWED
SAYS AT ANY TIME DURING THE INTERVIEW
THAT THEY DON'T WANT TO BE INTERVIEWED
THEN THE ENTIRE INTERVIEW IS INVALID
AND CAN NOT BE USED, ALSO, DR. MINAGAWA
SAID THAT ONLY TWO OF THE FOUR PROCEDURES
THAT ARE REQUIRED TO LEGALLY VALIDATE A
MIRANDA INTERVIEW WERE CONDUCTED. HE
SAID IT SHOULD NEVER OF BEEN USED AGAINST
ME AT TRIAL.

3.) IT WAS A HEAT OF PASSION CASE WHERE
MY WIFE WAS CHEATING ON ME. THERE
IS  PROOF OF THIS ON MY WIFES' CELLULAR

(9.)

PHONE WHERE SHE TEXT MESSAGED HER
LOVER MANY TIMES. EVENTHOUGH, I WAS
VERY DRUNK AT MY MIRANDA INTERVIEW
THAT NEVER SHOULD OF BEEN USED AT TRIAL
I DID DRUNKENLY DISCUSS "SANCHO" STATING
THOSE EXACT WORDS. HOWEVER, AT NO TIME
DID MY ATTORNEY INTRODUCE THIS VERY
PROVIDITIAL EVIDENCE AS DISCOVERY.
INSTEAD, SHE USED DRUNKEN STATEMENTS
I MADE ABOUT HER ABUSING MY SON TOMMY.
MY WIFE DID ABUSE MY AUTISTIC SON BUT NOT
AT THE LEVEL I WAS STATING BECAUSE I
WAS VERY HIGH AND DRUNK. THEN, AT TRIAL
THE D.A. USED DOCTORS AND SPECIALISTS THAT
I TOOK HIM TO AT CHILDRENS HOSPITAL IN
LOS ANGELES AS MANDATED REPORTERS OF
ANY FORM OF CHILD ABUSE TO DISCREDIT MY
ACCUSATIONS I MADE WHEN DRUNK. THESE
WERE CRANIO FACIAL SPECIALIST OR SURGEONS.
BUT, THE D.A. MADE THEM LOOK LIKE THEY
WERE DOCTORS WHO EXAMINE ABUSED
CHILDREN, IT SHOWED INCONSISTANCIES
BETWEEN WHAT MY ATTORNEY WAS
EXAGGERATING AND THE TRUTH. THE WHOLE
TIME I WAS COMPLETELY AGAINST HER STRATEGY.
4.) SHE CREATED A SCRIPT OF 250 QUESTIONS WITH
ANSWERS THAT WERE COMPLETE LIES.

(10.)

I HAVE A COPY OF THESE. I WOULD SEND THEM TO YOU BUT I HAVE NO WAY TO COPY THEM WHILE I AM INCARCERATED AT SAN BERNARDINO COUNTY JAIL.

So, WHEN I WAS PUT ON THE WITNESS STAND TO TESTIFY ON MY BEHALF. I WAS CONFUSED BETWEEN THE TRUTH AND WHAT SHE MADE UP FOR ME TO SAY. THEN, THE D.A. WENT AFTER ME SHOWING MANY INCONSISTENCIES. AFTERWARDS, AT THE JURY DELIBERATION, WHEN THE JURY RE-READ MY TESTIMONY IT WAS THE INCONSISTANCIES THAT MADE ME GET A GUILTY VERDICT. IN REALITY, IT WAS A MOMENT OF JEALOUS RAGE I WAS FEELING WHEN WE WERE ARGUING ABOUT HER LOVER ARMANDO. I HAVE BEEN WAITING TIME FOR 6 YEARS BECAUSE OF CATHERINE LEIGH QUILL.

5.) I HAD ADT (MY HOME SECURITY COMPANY) INSTALL A 2 TYRABYTE DVR AND CAMERA IN MY LIVINGROOM OF MY HOME SO I COULD GET PROOF OF HER AFFAIR AND ABUSE OF MY AUTISTIC SON. I GAVE HER THE PASSWORD TO THE CAMERA SYSTEM THAT WOULD SHOW THE EVIDENCE. BUT, SHE SAID IT DID NOT WORK AND IT COULD NOT BE OPENED. IT WOULD SHOW VISUAL PROOF OF ARMANDO AND HER. PLUS, I HAD TEXT

11.

MESSAGES ALREADY IN MY DISCOVERY TO PROVE THAT AFFAIR THAT MADE ME SO ANGRY, BUT, MS. QUILL REFUSED TO USE EITHER OF THEM AT TRIAL. SHE SAID, I'D HAVE A BETTER CHANCE AT GETTING A VOLUNTARY MANSLAUGHTER CONVICTION BY USING THE STATEMENTS I MADE IN MY MIRANDA INTERVIEW THAT WERE EXAGGERATED DRUNKEN REMARKS. I STILL HAVE A COPY OF THE DIRECT SHE CREATED WITH QUESTIONS AND ANSWERS.

6.) MS. QUILL LET THE D.A. USE PICTURES OF GUNS AND CASH THAT I HAD SAVED OVER THE YEARS AS EXHIBITS WITH ME NEXT TO THEM. IT MADE ME LOOK TERRIBLE. I DID NOT DEAL DRUGS. THE CASH WAS FROM YEARS OF WORK IN THE CORPORATE WORLD; "MY BUSINESS B.A. DEGREE FROM CALIFORNIA LUTHERAN UNIVERSITY IN 1989." BUT, THE D.A. LAID IT OUT ALL TOGETHER LIKE I WAS A GANGSTER OR TERRORIST. THIS IS THE FIRST TIME I'VE EVER BEEN ARRESTED. I HAD NEVER FIRED ANY OF THESE GUNS YET ALL WERE SHOWN. I HAD RED STAINS ON MY SHORTS FROM RED POTASSIUM A LIQUID NUTRIENT THAT I USE AT A GREENHOUSE TO WATER PLANTS. IT'S A HOBBY I HAVE ON THE WEEKENDS THAT I TAKE MY SON TO AS WELL. I TOLD MS. QUILL ABOUT THESE FACTS AND



SHE JUST IGNORED ME. MS. QUILL SHOULD OF HAD THEM TESTED AND MOTIONED TO BE REMOVED FROM EXIBITS. HOWEVER, THE D.A. USED THEM AT TRIAL SAYING THEY WERE BLOOD STAINS.

7.) DURING THE CLOSING ARGUMENTS MS. QUILL' POWERPOINT PRESENTATION CRASHED IN THE MIDDLE OF THE SHOW. I HAVE USED MICROSOFTS POWERPOINT FOR YEARS AND I HAVE NEVER SEEN SUCH AN AMATURIST PRESENTATION. SHE NEVER SHOWED THE 911 AUDIO IN THE POWERPOINT OF MY CALL TO THE POLICE FOR HELP. THEN, AFTER THE PRESENTATION CRASHED SHE THREW HER SCRIPT PAPERS IN THE AIR AND SCREAMED; "OH GREAT, I'LL HAVE TO DO THIS THE OLD SCHOOL WAY"! THE 911 CALL I MADE WAS NOT PLAYED DURING THIS CRUTIAL MOMENT.

8.) MY TESTIMONY WAS NOT "LAST" LIKE SHE ORIGINALLY TOLD ME SHE WOULD AND EVERYONE ELSE DOES. EVANTHOUGH, I DID NOT WANT TO TESTIFY SHE MADE ME. THEN, SHE WENT ON A VACATION DURING MID-TRIAL FOR A WEEK. NEXT, THE JUDGE KANIKA SMITH TOOK A WEEK OFF. I KNOW THIS BECAUSE THE BALIFF CONFIRMED IT BY ASKING THEM BOTH IN OPEN COURT HOW THEIR VACATIONS WERE. MY TESTIMONY WAS BEFORE THAT TIME. THEN,

13.

THE D.A. TOOK TWO DAYS OFF SAYING SHE HAD
A FAMILY CRISIS. IT WAS ALL STRATEGICALLY
PLANNED TO STRAIN OUT AND EXHAUST THE JURY.
THE JUDGE KAWIKA SMITH WAS A PUBLIC
DEFENDER IN VICTORVILLE COURT JUST MONTHS
PRIOR TO BECOMMING A JUDGE. HE WORKED
VERY CLOSE TO THE D.A. (MS. PRISBLE) AND
MY ATTORNEY (MS. QUILL) JUST BEFORE MY
TRIAL.

9.) DURING THE 6 YEARS SINCE I HAVE BEEN
AN INMATE AT SAN BERNARDINO COUNTY JAIL
BOTH MY ATTORNEY AND THE D.A. HAD BECOME
PREGNANT AND HAD BABIES. EVENTHOUGH, I
WANTED TO HAVE A SPEEDY TRIAL MY ATTORNEYS
SUPERVISOR "YASMIN NEUBERT" ADVISED ME NOT
TO. SO, I WAVED TIME LIKE ALWAYS. I
SHOULD BE SO NICE.

10.) I TOLD CATHERINE QUILL ABOUT AB 81 EVEN
BEFORE IT PASSED AND THE FACT THAT I HAVE
MAJOR "CHILDHOOD TRAUMA" AND SERIOUS
MENTAL HEALTH ISSUES. INCLUDING THE
FACT THAT I SPENT OVER ONE YEAR AT
"CEDAR SINAIS' THALIANS WEST WING MENTAL
HOSPITAL", AS WELL AS THREE MONTHS AT BROTMAN
MEMORIAL INPATIENT MENTAL HOSPITAL. I SAW
A THERAPIST NAMED DR. HAROLD ABRAMS FOR
WELL OVER 4 YEARS, I WAS DIAGNOSED WITH



SCHITZOPHRENIA BY DR. ABRAMS AND WAS GIVEN TWO FORMS OF MEDICATION CALLED THORIZINE AND LITHIUM TWICE DAILY. I TOLD MS. QUILL FROM THE DAY WE MET THAT I WANTED TO GO TO THE "MENTAL HEALTH COURT". I GAVE MS. QUILL MY BROTHER AND SISTERS INFORMATION WHO WOULD BOTH TESTIFY TO THESE FACTS AND THAT MY SISTER VISITED ME AT THALIANS.

AT ONE POINT MS. QUILL AGREED WITH ME AND THE STRATEGY WAS "TEMPORARY INSANITY." THEN, ALL OF A SUDDEN SHE CHANGED HER MIND: AN ACT OF COMPLETE DISREGARD OF MY INNOCENCE THAT IS A 6TH AMENDMENT GUARANTEE OF REPRESENTATION. IT WAS AGAINST WHAT I WANTED AND TOLD HER THE "TRUTH"; COMPLETELY "PROFESSIONAL MISCONDUCT".

NOW, AT "FINAL SENTENCING" AFTER I WAS FOUND GUILTY AT TRIAL SHE HAS A SPECIALIST COME AND SEE ME. ALSO, SHE HAS SUBPOENAED MY BROTHER AND SISTER AT SENTENCING. THIS IS IN FACT A COMPLETE VIOLATION OF HER "PROFESSIONAL DISCRETION IN DECIDING A STRATEGY IN A PARTICULAR CASE". IT DOES CONSTITUTE PROFESSIONAL NEGLIGENCE. I CONSTANTLY ASKED MS. QUILL ABOUT GOING TO MENTAL HEALTH COURT. BECAUSE SHE DENIED ME, I WANTED TO FIRE HER.

15.

I REQUESTED A MARSDEN HEARING AND
THE JUDGE DENIED ME.

AT MY RECENT VISIT WITH MY BRAIN SPECIALIST
DR. MINAGAWA HE AGREED WITH ME AND
THAT I SHOULD OF GONE TO "MENTAL HEALTH
COURT YEARS AGO WHEN I WAS FIRST ARRESTED".
ALSO, JUST TRAUMA HIS. ONLY I WAS AN INPATIENT
AT A MENTAL HOSPITAL WITH SCHIZOPHRENIA
FOR OVER ONE YEAR WAS ENOUGH OF A
"SPECIFIC FACT" TO QUALIFY ME FOR DIVERSION.

SO, NOW AFTER MY TRIAL SHE IS USING
SB 81 AND MY MENTAL HEALTH "CHILDHOOD TRAUMA"
ONLY REGARDING MY GUN ENHANCEMENT.
SB 81 STATES; "PRIOR TO ENTERING A PLEA". ALL
OF THIS SHOULD OF HAPPENED BEFORE TRIAL IN
"MENTAL HEALTH COURT". MY FINAL SENTENCING
IS MAY 19, 2023.

11.) MY SECOND WIFE TESTIFIED AS A WITNESS
AGAINST ME AT TRIAL. SHE MADE UP A STORY
ABOUT SOMETHING SHE SAID HAPPENED TWENTY
YEARS AGO AND A COMPLETE LIE. MY UNDERSTANDING
OF THE LAW IS THAT A WITNESSES TESTIMONY
CAN'T GO BEYOND TEN YEARS. THERE WAS
NOTHING TO SUBSTANCIATE HER STORY AND MY
ATTORNEY DID NOTHING TO TRY TO STOP IT. IT
WAS A TERRIBLE LIE WITH ZERO PROBATIONAL
VALUE THAT MADE ME LOOK BAD TO THE JURY.



16.

12.) DURING THE YEAR PRIOR TO 6-10-2017 I WAS TRYING TO RECORD AUDIO ATTACKS MY WIFE WAS DOING TO MY AUTISTIC SON TOMMY, AGAIN, THAT IS WHY I CALLED ADT SECURITY TO INSTALL A DVR AND CAMERA IN MY LIVINGROOM. I HAD ABOUT 10 RECORDINGS IN MY IPHONE THAT I MADE OVER ABOUT ONE YEAR. I HAD PLANNED ON BRING THEM TO THE POLICE BECAUSE I WANTED IT ALL TO STOP. I HAD FORGOT I HAD MADE THESE RECORDINGS UNTIL JUST A FEW MONTHS BEFORE MY TRIAL. THERE WAS NOTHING IN MY DISCOVERY AT THAT POINT. IN A MEETING WITH MY ATTORNEY CATHERINE QUILL JUST PRIOR TO TRIAL I BROUGHT UP THE AUDIO RECORDINGS I HAD PROVING THE ABUSE. I TOLD HER THERE WAS MULTIPLE RECORDINGS, IN OUR NEXT MEETING SHE SAID THAT ONLY ONE WAS RECOVERED AND IT WAS THE WORST ONE OF ALL OF THEM, I BELIEVED WE WERE SPEAKING UNDER THE CONFIDENCE OF THE ATTORNEY-CLIENT PRIVILEGE AND I SPECIFICALLY ASKED HER TO "NOT INTRODUCE IT INTO DISCOVERY".

THE NEXT THING I KNOW IS MS. PREBBLE THE D.A. HAS THE AUDIO RECORDING IN DISCOVERY. IT WAS OBVIOUS THAT MY "ATTORNEY-CLIENT PRIVILEGE WAS VIOLATED"! I KNEW I WAS IN TROUBLE AND MS. QUILL TOLD THE D.A. AND THEY WERE WORKING TOGETHER.

17.

THE D.A. USED THE RECORDING THREE TIMES
AT MY TRIAL AND IT HAD A DRAMATIC AFFECT
ON THE JURY ESPECIALLY AT CLOSING ARGUMENTS.

13.) FINALLY, MY COUNSEL DID NOT BELIEVE IN
ME OR MY INNOCENCE. MY 6TH AMENDMENT
GUARANTEE OF REPRESENTATION WAS VIOLATED
AND ATTORNEY MISCONDUCT AFFECTED THE
OUTCOME OF MY TRIAL AND I WAS FOUND
GUILTY OF 1ST DEGREE MURDER. I HAD ALOT
OF CHILDHOOD TRAUMA AND I STILL SUFFER
FROM IT DAILEY.

CLAIM #3 (S. HAMILTON)

DEPUTY HAMILTON WAS THE LEAD OFFICER
DURING THE ATTACK THAT WAS MADE ON ME
WHILE I WAS AN INMATE IN 2018 AT H.D.D.C..
I WAS BUNKED ON #5 IN DORM 2A. MY
BUNKIES NAME IS RON LLAMA. HE WAS A
MASTER SARGENT IN THE AIR FORCE STATIONED
OUT OF LEROY OREGEON. HE COULD TESTIFY
ABOUT WHAT HE WITNESSED. I WAS BRUTALLY
ATTACKED BY MULTIPLE SOUTHSIDER GANG
MEMBERS ON OR ABOUT 8-11-2018. I STILL
TO THIS DATE HAVE TROUBLE REMEMBERING
THINGS BECAUSE OF THE HUGE HEMATOMA THAT
WAS GIVEN TO ME DURING THE ATTACK. THE
SPECIFIC INDIFFERENCE WAS THE FACT THAT
DEPUTY HAMILTON WAS UNCONCERNED ABOUT MY

18.

HEALTH. BOTH HE AND DEPUTY SINCLAIR READ THE GANGSTER HAS RIGHTS THAN THEY TOLD ME IF I VALUED MY LIFE I WOULD NOT PRESS CHARGES. THEN, I WAS PUT INTO A CELL WITH NO WATER AND NO FOOD FOR MANY DAYS. I WAS THE VICTIM. I WAS ATTACKED AND MR. LIMHA WILL TESTIFY TO THIS FACT. IT WAS COMPLETELY RACE MOTIVATED. THEY HATED ME BECAUSE I AM A WHITE MAN. NOW, I HAD TROUBLE REMEMBERING THINGS AT TRIAL AND I STILL DO TODAY. DEPUTY HAMILTON IS STILL WORKING AT H.D.D.C. BUT DEPUTY SINCLAIR IS RETIRED.

CLAIM # 4 ( A. SINCLAIR )
 PLEASE SEE COMMENTS ABOVE.
 DEPUTY SINCLAIR WITNESSED EVERYTHING AND ADVISED ME TO NOT PRESS CHARGES AS WELL. ALSO, HE TOLD ME TO GO BACK TO MY BUNK, UNCONCERNED ABOUT GETTING ATTACKED BY MULTIPLE GANGSTERS.
SUNLIGHT, DEPRIVATION — LOCATION: 4F-19
I AM A GP7 INMATE WITH OTHER GP7 S WHO ARE NOT GETTING ANY SUNLIGHT AT OUR WEEKLY OUTSIDE RECREATION (TITLE 15) SCHEDULED TIMES. THEY WALK US ONCE A MONTH TO A YARD A QUARTER MILE AWAY, SUN IS AS ESSENTIAL TO ANIMAL AS IT IS TO VEGETABLE LIFE.

THOMAS WADE ROBINSON
#1706370496 (4P-19)
HIGH DESERT DETENTION CENTER
9438 COMMERCE WAY
ADELANTO, CALIFORNIA
92301

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE STREET, SUITE TS-134
LOS ANGELES, CALIFORNIA
90012

ATTN: PRO SE CLERK

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY