TITLE: SECOND AMENDED COMPLAINT OF THOMAS WADE ROBINSON VS. COUNTY OF SAN BERNARDINO ET AL

**FULL NAME:** THOMAS WADE ROBINSON

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** HIGH DESERT DETENTION CENTER
9438 COMMERCE WAY, ADELANTO, CA. 92301

**PRISON NUMBER (if applicable):** 1706370496 (5E-01)

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THOMAS WADE ROBINSON

PLAINTIFF,

v.

COUNTY OF SAN BERNARDINO ET AL

DEFENDANT(S).

**CASE NUMBER** 5:23-cv-00836-DMG-PVC
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? __1__

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   I SUED THE COUNTY OF SAN BERNARDINO IN 2018 FOR SPECIFIC INDIFFERENCE BECAUSE I WAS TOLD BY A NURSE AT H.D.D.C. THAT I TESTED POSITIVE FOR HEPATITIS C AND THE COUNTY DOESN'T HAVE THE BUDGET TO TREAT THE VIRUS. AT MY INTAKE WHEN I ARRIVED TO H.D.D.C., I DISCLOSED THAT I HAD PREVIOUSLY HAD HEPATITIS C AND WAS SUCCESSFULL CURED BY A YEARS WORTH OF INTERFERON INJECTIONS BACK IN 2001. I ASKED AND GRIEVENCED FOR MY VIRAL LOAD TO DETERMINE IF MY CONDITION HAD CHANGED, SINCE I WAS SUCCESSFULLY TREATED. ALL THEY DID WAS TELL ME THAT I WAS POSITIVE FOR THE VIRUS AND THEY DON'T TREAT IT.
   IT TOOK TWO YEARS AND A LAWSUIT TO FINALLY GET A HEPATIC PANEL OF FIVE VILES OF BLOOD DRAWN. THEY STILL DIDN'T TELL ME MY VIRAL LOAD OR GENOTYPE.
   EVENTUALLY, MY CASE WAS DISMISSED BECAUSE I DIDN'T GET MY DECLARATION SUBMITTED ON TIME BECAUSE MY ATTORNEY PHILLIP DEITCH WHO WAS 89 YEARS OLD DIDN'T WANT TO LEAVE HIS HOUSE BECAUSE OF COVID-19. HIS WIFE HAD A MEDICAL CONDITION AND THE RISK WAS WAY TO HIGH FOR HER HEALTH IF PHILLIP WERE TO CATCH THE VIRUS AND BRING IT HOME. OUR FACILITY AT G.H.R.C. WAS ALWAYS ON QUARANTINE

a. Parties to this previous lawsuit:
Plaintiff THOMAS WADE ROBINSON

Defendants COUNTY OF SAN BERNARDINO

b. Court UNITED STATES DISTRICT COURT (CENTRAL DISTRICT OF CALIFORNIA)

c. Docket or case number 5:18-CV-02673-DMG-SS
d. Name of judge to whom case was assigned DOLLY M. GEE (DISTRICT) SUZANNE H. SEGAL (MAGISTRATE)
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) CASE WAS DISMISSED
f. Issues raised: I WASN'T ABLE TO GET MY DECLARATION IN TO THE COURT ON TIME, MY ATTORNEY PHILLIP DEITCH DID NOT WANT TO LEAVE HIS HOME IN NORTHRIDGE BECAUSE OF COVID-19.
g. Approximate date of filing lawsuit: 6-11-19
h. Approximate date of disposition 11-10-20

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff THOMAS WADE ROBINSON
(print plaintiff's name)
who presently resides at HIGH DESERT DETENTION CENTER, 9438 COMMERCE WAY, ADELANTO, CA. 92301
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
GLEN HELEN REHABILITATION CENTER, DEVORE CALIFORNIA
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**    Page

CV-66 (7/97)

on (date or dates) _JUDETH McGEE  COUNTY OF SAN BERNARDINO_____.
                   _9-10-2021_____, _ON GOING TO DATE_____, _____
                      (Claim I)           (Claim II)              (Claim III)
                                        claim # 6

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _COUNTY OF SAN BERNARDINO_____ resides or works at
              (full name of first defendant)
   _655 EAST THIRD STREET, SAN BERNARDINO, CA. 92415_____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

2. Defendant _____ resides or works at
              (full name of first defendant)
   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
              (full name of first defendant)
   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

**CIVIL RIGHTS COMPLAINT**                                                    Page 3

CV-66 (7/97)

_____ resides or works at

4. Defendant _____
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

_____ resides or works at

5. Defendant _____
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

MY FOURTEENTH AMENDMENT DUE PROCESS CLAUSE WAS VIOLATED BY JUDITH McGEE (RN) ACTING IN AN OFFICIAL CAPACITY WHO IS RESPONSIBLE FOR MY DELAY IN TREATMENT. MY SHOULDER NEEDED TO BE RESET BY AN ORTHOPEDIC SURGEON IMMEDIATELY WITHIN 24 HOURS, EVEN A THREE WEEK DELAY IS OBJECTIVELY UNREASONABLE. WHEN OUR BODIES ARE HEALING, DAILY IN MY CASE, MY SHOULDER SUNK SO THAT THE E.R. DOCTOR GAVE ME FOR SUPPORT WAS REPLACED BY AN ARM SLING THAT DOES NOT SUPPORT MY 3RD DEGREE SEPARATION. I TOLD JUDITH McGEE (R.N.) THAT THE E.R. DOCTOR TRIED TO PHYSICALLY RESET MY SHOULDER BUT COULDN'T BECAUSE HE IS NOT AN ORTHOPEDIC SURGEON AND I NEEDED TO SEE ONE IMMEDIATELY. SHE WAS MEDICALLY INDIFFERENT. IN FACT, THE VERY NEXT DAY WITHOUT A SINGLE MAN CHAIN CHRONO I WAS TAKEN TO COURT ON A THREE MAN CHAIN. IT WAS THE MOST PAINFUL EXPERIENCE OF MY LIFE. A SERIOUS MEDICAL INJURY LIKE MINE NEEDED IMMEDIATE ATTENTION. MUSCLE TISSUE HEALS FAST IN DAYS.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

THE COUNTY POLICY FOR HELPING AN INMATE WITH A SERIOUS INJURY IS CLEAR. MEDICAL PERSONAL ARE RESPONSIBLE FOR THE PROPER TREATMENT OF A PATIENT WITH INJURIES. ANY VIOLATION OF THE STANDARD PROCEDURES FALL UNDER TITLE 15 POLICY. IN A CLASS ACTION LAWSUIT: TURNER V. SAN BERNARDINO U.S DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA CASE NO. 5:16-CV-00355 VAP THE REMEDIAL PLAN COVERS THESE ISSUES SINCE DECEMBER 2018. IN SEPTEMBER OF 2023 THE COUNTY REACHED ANOTHER AGREEMENT CALLED THE REVISED CONSENT DECREE AND REVISED REMEDIAL PLAN. THEY ARE STILL WORKING ON IMPLEMENTING MEDICAL CARE POLICIES RELATING TO THE TIMELINESS OF TREATMENTS ESPECIALLY OF THOSE WITH SERIOUS INJURIES. THIS IS ONGOING UNTIL AT LEAST SUMMER OF 2024 AND POSSIBLY LONGER. THE COUNTY OF SAN BERNARDINO IS RESPONSIBLE FOR JUDITH McGEE'S NEGLIGENT OBJECTIVELY INDIFFERENT BEHAVIOR BY NOT PROPERLY TRAINING THEIR EMPLOYEES ON POLICIES AND PROCEDURES IN THE REMEDIAL PLAN AND CONSENT DECREE.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CIVIL RIGHTS COMPLAINT                                                Page 5 of

CV-66 (7/97)

(1.)

CLAIM 6 (ADDITIONAL PAGE)
THE FOLLOWING CIVIL RIGHT HAS BEEN VIOLATED:
THE COUNTY OF SAN BERNARDINO HAS VIOLATED MY EIGHTH AMENDMENT RIGHT OF DELIBERATE INDIFFERENCE. THE COUNTY OF SAN BERNARDINO HAS REMOVED THE HAND RAZORS IN THE INDIGENT KITS THAT ARE FREE ON THE KIOSK. I NOW HAVE NO CHOICE BUT TO USE THE SAME ELECTRIC RAZORS THAT MAY BE CONTAMINATED BY THE INFECTED BLOOD OF OTHER INMATES. I HAVE A PRE-EXISTING CONDITION (HEPATITIS C) AND OTHERS HAVE CHRONIC INFECTIONS THAT CAN BE TRANSMITTED BY BLOOD (CROSS-CONTAMINATION) BECAUSE THE ELECTRONIC RAZORS ARE NOT BEING CLEANED BETWEEN USES. I HAVE EXHAUSTED MY ADMINISTRATIVE REMEDIES IN THE FORM OF A GRIEVANCE (SEE ATTACHMENTS).

THE COUNTY ONLY ALLOWS EACH DORM ONE DAY A WEEK TO USE THE ELECTRONIC RAZORS. INMATES ARE NOT BEING ABLE TO SHAVE PRIOR TO THEIR COURT DATE. ALSO, THERE ARE 32 PEOPLE PER DORM AND WE GET ONLY FOUR HOURS OF TIER TIME. IT IS IMPOSSIBLE FOR THE DEPUTIES TO CLEAN BETWEEN USES BECAUSE THEY WALK ONCE PER HOUR. ADDITIONALLY, WHEN I ASK THEM THROUGH THE INTERCOM I AM TOLD TO WAIT UNTIL THE DEPUTY WALKS.

SUPPORTING FACTS: TURNER V. SAN BERNARDINO
U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
CASE NO. 5:16-CV-00355 VAP
MEDICAL CARE CONDITIONS ARE A VERY IMPORTANT ISSUE

OVER →

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I BELIEVE I AM ENTITLED TO TEN MILLION DOLLARS IN DAMAGES. I HAVE SUFFERED DRAMATICALLY MANY TIMES AND MY BODY IS DISFIGURED FOR THE REST OF MY LIFE. MY RIGHT ARM IS TWO INCHES LONGER THAN MY LEFT ARM. MY CLAVICAL BONE THAT SHOULD BE IN MY SHOULDER STICKS UP AND OUT OF MY BODY BY THREE INCHES. I TAKE ALOT OF MUSCLE RELAXERS EVER EACH DAY. I HAVE MAJOR NERVE DAMAGE IN MY ARM THAT CAN NOT BE FIXED. MY CIRRHOSIS IN MY LIVER IS AFFECTED BY ALL THE MEDICATION I TAKE. I DON'T KNOW WHAT VIRUSES I CONTRACTED THROUGH THE UNCLEANLINESS OF THE ELECTRONIC SHAVERS BUT MY DAMAGES EXTEND INTO THAT AREA.

I AM A BUSINESS MAN WITH A B.A. IN BUSINESS FROM CALIFORNIA LUTHERAN UNIVERSITY. MY LAST JOB I WAS MAKING SIX FIGURES AS THE DIRECTOR OF THE COMMERCIAL DIVISION FOR NORITZ TANKLESS HOT WATER SYSTEMS. I WILL NO LONGER BE ABLE TO WORK IN A POSITION LIKE THAT BECAUSE OF MY INJURIES I RECIEVED FROM THE COUNTY OF SAN BERNARDINO'S VIOLATION OF POLICIES AND PROCEDURES. I APPRECIATE YOUR HELP.

SINCERELY,

MARCH 15, 2024
(Date)

(Signature of Plaintiff)

CIVIL RIGHTS COMPLAINT    Page 6 of

CV-66 (7/97)

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<27843004@cacd.uscourts.gov>Subject:Activity in Case 5:18-cv-02673-DMG-SS Thomas Wade Robinson v. County of San Bernardino et al Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/11/2019 at 4:22 PM PDT and filed on 6/11/2019

**Case Name:** Thomas Wade Robinson v. County of San Bernardino et al

**Case Number:** 5:18-cv-02673-DMG-SS

**Filer:**

**Document Number:** 12

**Docket Text:**
ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL IN AN ACTION AGAINST THE COUNTY OF SAN BERNARDINO by Magistrate Judge Suzanne H. Segal. IT IS ORDERED as follows: The United States Marshal is directed to serve process without payment of costs on the following Defendant: County of San Bernardino - Official Capacity. (See document for further details). (mr)

5:18-cv-02673-DMG-SS Notice has been electronically mailed to:
5:18-cv-02673-DMG-SS Notice has been delivered by First Class U. S. Mail or by other means **BY THE FILER** to :
Thomas Wade Robinson
No. 1706370496
H.D.D.C.
9438 Commerce Way
Adelanto CA 92301

NOTE! THIS LAWSUIT THAT WAS SERVED BY THE UNITED STATES MARSHAL IS AN EXAMPLE OF THE HISTORY OF ACTIVITY IDENTIFYING A PATTERN OF "SPECIFIC INDIFFERENCE".



San Bernardino County SD
655 East Third Street
San Bernardino, CA 92415

# HOUSING ASSIGNMENT - Created on 12/9/2021 9:19:14 AM PST

| | | |
|---|---|---|
| **Patient:** ROBINSON, TOM WADE | **#:** (1706370496) | **Lang:** |
| **DOB:** 7/1/1963 (Age=58) | **Sex:** M | **Race:** WHITE |
| **Housing:** 32-M3-24-PT | **SSN:** **HIDDEN** | **Court Date:** 12/16/2021 8:30:00 AM |

**Status:** ACTIVE

- [ ] General Population
- [ ] Immediate Mental Health Housing
- [ ] Isolation
- [ ] Suicide Precautions
- [ ] Immediate Medical Housing
- [ ] Special Care Need(s)

**Suicide Precautions:**

## Special Care Need(s):

- [ ] Heart Problems
- [ ] Limited Mobility
- [ ] Pregnancy
- [ ] Seizure Disorder
- [ ] Lower Bunk
- [ ] Diabetes
- [ ] Detox Watch

## Classification Notification:

During screening by [ ] Medical  [ ] Mental Health

it was determined the inmate also needs to be seen by [ ] Medical  [ ] Mental Health

**Bunk Preference:**

**Comments:**

MAY HAVE CLAVICLE STRAP, ARM SLING AND SINGLE MAN CHAIN X6 WEEKS PER DR. MUDGE

NOTE: I WENT TO COURT IN VICTORVILLE FROM GLEN HELEN (G.H.R.C.) FOR MANY MO[NTHS] PRIOR TO GETTING THIS CHRONO, I WAS GOING ON A THREE MAN CHAIN TO WEST VALLE[Y;] THEN, I'D HAVE TO STAND IN A CELL PACKED WITH OTHER INMATES GOING UP THE H[ILL] TO VICTORVILLE. BECAUSE MY RIGHT ARM WAS IN AN ARM SLING I'D ALWAYS BE O[N] THE OUTSIDE WHERE ONLY HALF OF MY BUTT WOULD BE ON THE SEAT. IT WAS CRUEL AND UNUSUAL PUNISHMENT AND VERY PAINFUL BEFORE I RECIEVED THIS CHRON[O]

ROBINSON, TOM WADE (1706370496)

# San Bernardino County Sheriff's Department
## Grievance

| | | | | |
|---|---|---|---|---|
| **Grievance ID:** | G372306-0023311 | **Booking #:** 1706370496 | **Date:** | 06/11/2023 11:29 |
| **Name:** | ROBINSON, TOM WADE | | **Location:** | 37 / 4F |
| **Category:** | HEALTH / Mental Health | | **Incident Date:** | 06/06/2023 11:25 |
| **Location:** | MEDICATION | | | |

**Grievance:** I PUT IN A REQUEST FOR MEDICATION BECAUSE OF MY ACUTE ANXIETY. IT HAS BEEN WELL OVER A MONTH NOW AND I HAVE MY PINK COPY TO PROVE THIS FACT. THIS IS A CASE OF SPECIFIC INDIFFERENCE _UNCONCERNED_. PLEASE HELP ME.

**Investigated Date:** 06/21/2023    **Completed Date:** 06/21/2023 08:47

**Duplicate:** NO    **Duplicate ID:**

**Disposition:** SUSTAINED

**Findings:** YOUR MENTAL HEALTH RECORDS INDICATE THAT YOU ARE CORRECT THAT YOU HAVE NOT BEEN SEEN BY A MENTAL HEALTH PROVIDER TO ASSESS YOUR MENTAL HEALTH NEEDS AND CONCERNS. WE APOLOGIZE AND WE WILL CONTINUE TO ADDRESS THIS AND EDUCATE OUR STAFF ON TIMELY SERVICES. AN APPOINTMENT HAS BEEN SCHEDULED FOR YOU WITH A MENTAL HEALTH PROVIDER AND WILL BE EXPEDITED SO THAT YOU MAY ADDRESS YOUR CONCERNS AND PLAN OF TREATMENT.

**Actions:** AN APPOINTMENT WITH A MENTAL HEALTH PROVIDER WILL BE EXPEDITED FOR YOU SO THAT YOU MAY ADDRESS YOUR PLAN OF CARE.

**Accepted:** YES    **Date:** 06/25/2023 16:32    **Allow Appeal:** Y

**Reason:**

# San Bernardino County Sheriff's Department
## Grievance

| | | | | |
|---|---|---|---|---|
| **Grievance ID:** | G372310-0024258 | **Booking #:** 1706370496 | **Date:** | 10/19/2023 17:48 |
| **Name:** | ROBINSON, TOM WADE | | **Location:** | 37 / 8F |
| **Category:** | CUSTODY / Inmate Issue/Other | | **Incident Date:** | 10/14/2023 16:00 |
| **Location:** | ELECTRONIC SHAVER | | | |

**Grievance:** IT IS VERY OBVIOUS THAT AFTER EACH USE OF THE ELECTRONIC SHAVER EACH PERSON NEEDS TO STERILIZE THAT SHAVER NOT THE DEPUTY. THIS WILL PREVENT HIV OR HEP. C FROM SPREADING.

---

**Investigated Date:** 10/20/2023  **Completed Date:** 10/20/2023 02:26

**Duplicate:** NO  **Duplicate ID:**

**Disposition:** NOT SUSTAINED

**Findings:** PRIOR TO USE JUST ASK THE DEPUTY TO STERILIZE THE RAZOR

**Actions:** SEE ABOVE

**Accepted:** NO  **Date:** 10/20/2023 19:02  **Allow Appeal:** Y

**Reason:** THIS IS IMPOSSIBLE BECAUSE THE DEPUTY WALKS EACH HOUR. THIS IS A CASE OF OBJECTIVE INDIFFERENCE AND A VIOLATION OF OUR 14TH AMENDMENT.

---

**Investigated Date:** 10/21/2023  **Completed Date:** 10/21/2023 10:43

**Duplicate:** NO  **Duplicate ID:**

**Disposition:** REJECT

**Findings:** ALREADY ANSWERED

**Actions:** SEE ABOVE

**Accepted:** NO  **Date:** 10/22/2023 14:19  **Allow Appeal:** Y

**Reason:** THERE ARE TOO MANY INMATES WHO USE THE ELECTRIC SHAVER TO ASK THE DEPUTY TO CLEAN IT EACH TIME DURING THE LIMITED DAY ROOM HOURS. THIS IS OBVIOUS. AGAIN, DIRECT INDIFFERENCE AND A VIOLATION OF OUR 8TH AMENDMENT RIGHTS.

| | | | |
|---|---|---|---|
| **Investigated Date:** | 10/23/2023 | **Completed Date:** | 10/23/2023 23:18 |
| **Duplicate:** | NO | **Duplicate ID:** | |
| **Disposition:** | REJECT | | |
| **Findings:** | ALL READY ANSWERED | | |
| **Actions:** | SEE ABOVE | | |
| **Accepted:** | NO    **Date:** | **Allow Appeal:** | N |
| **Reason:** | | | |

# San Bernardino County Sheriff's Department
## Grievance

| | | | |
|---|---|---|---|
| **Grievance ID:** | G372310-0024173 | **Booking #:** 1706370496 | **Date:** 10/09/2023 17:09 |
| **Name:** | ROBINSON, TOM WADE | | **Location:** 37 / 8F |
| **Category:** | CUSTODY / Inmate Issue/Other | | **Incident Date:** 10/02/2023 22:07 |
| **Location:** | ELECTRONIC SHAVER | | |
| **Grievance:** | I AM TRYING TO GET STERILIZATION FLUID FOR THE ELECTRIC RAZORS. | | |

---

**Investigated Date:** 10/10/2023  **Completed Date:** 10/10/2023 22:55

**Duplicate:** NO  **Duplicate ID:**

**Disposition:** NOT SUSTAINED

**Findings:** IF THAT IS THE CASE, I SPOKE WITH UNIT 8 STAFF AND ADVISED TO PROVIDE STERILIZATION SPRAY.

**Actions:** SEE ABOVE

**Accepted:** NO  **Date:** 10/12/2023 13:50  **Allow Appeal:** Y

**Reason:** I AM NOT GETTING STERILIZATION SPRAY WHEN I ASK.

---

**Investigated Date:** 10/14/2023  **Completed Date:** 10/14/2023 16:00

**Duplicate:** NO  **Duplicate ID:**

**Disposition:** EXONERATED

**Findings:** ON SATURDAY, 101423, I SPOKE WITH SCS SNOW AND INSTRUCTED HER TO PROVIDE YOU WITH THE SOLUTION TO CLEAN THE RAZOR.

**Actions:** SEE ABOVE

**Accepted:** NO  **Date:** 10/15/2023 15:27  **Allow Appeal:** Y

**Reason:** ON 10_14_23 I SPOKE TO DEPUTY FAVELA AT 4:00PM. HE INFORMED ME THAT STERILIZATION FLUID WILL NOT BE GIVEN TO INMATES BECAUSE IT IS FLAMMABLE.

| | | | | |
|---|---|---|---|---|
| **Investigated Date:** | 10/18/2023 | | **Completed Date:** | 10/18/2023 09:10 |
| **Duplicate:** | NO | | **Duplicate ID:** | |
| **Disposition:** | EXONERATED | | | |
| **Findings:** | DEPUTY FAVELA IS CORRECT. I THOUGHT YOU ASKED FOR THE RAZOR TO BE SANITIZED. I TOLD THEM TO CLEAN THE RAZOR FOR YOU. | | | |
| **Actions:** | SEE ABOVE. | | | |
| **Accepted:** | NO | **Date:** | **Allow Appeal:** | N |
| **Reason:** | | | | |

NOTE:
WE ONLY GET THE ELECTRIC RAZOR ONCE PER WEEK. THE DEPUTIES DON'T HAVE THE TIME TO CLEAN EVERY TIME AN INMATE USES THE ELECTRIC RAZOR AND THEY MAKE THEIR ROUNDS ONCE PER HOUR. WE ONLY GET 4 HOURS OF TIER TIME. SO, ONLY FOUR PEOPLE CAN GET THE RIGHT TYPE OF CLEANING THAT KILLS "VIRUSES" LIKE HEPATITUS C AND HIV (AIDS). THEY CHANGED POLICY BECAUSE 3-4 YEARS AGO THEY GAVE OUT A ALCOHOL BASED CLEANER TO INMATES. A GUY IN A CELL 4 DOWN FROM ME HAS THE SPRAY BUT DOESN'T SHARE. I HAVE HEPATITUS C AND DON'T WANT TO GIVE IT TO ANYONE.

# San Bernardino County Sheriff's Department
## Grievance

| | | | | | |
|---|---|---|---|---|---|
| **Grievance ID:** | G372307-0023414 | **Booking #:** | 1706370496 | **Date:** | 07/01/2023 16:38 |
| **Name:** | ROBINSON, TOM WADE | | | **Location:** | 37 / 4F |
| **Category:** | SUPPORT / Mail | | | **Incident Date:** | 06/29/2023 12:10 |
| **Location:** | UNIT 2 YARD | | | | |

**Grievance:** DEPUTY WARNER BROUGHT ME MY LEGAL MAIL FROM THE SUPREME COURT OF CALIFORNIA OPENED UP AND ILLEGALLY TAMPERED WITH. I HAVE FOUR WITNESSES WHO SAW THIS HAPPEN. I AM MISSING PROVIDENTIAL EVIDENCE FOR MY SENTENCING.

---

| | | | |
|---|---|---|---|
| **Investigated Date:** | 07/07/2023 | **Completed Date:** | 07/07/2023 11:22 |
| **Duplicate:** | NO | **Duplicate ID:** | |
| **Disposition:** | EXONERATED | | |

**Findings:** YOUR LEGAL MAIL WAS PROVIDED TO YOU IN ADHERENCE TO POLICY AND TITLE 15.

**Actions:** NA

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | NO | **Date:** | 07/08/2023 15:20 | **Allow Appeal:** | Y |

**Reason:** I AM EXHAUSTING MY ADMINISTRATIVE REMEDIES IN THE FORM OF A GRIEVANCE. MY LEGAL MAIL FROM THE SUPREME COURT OF CALIFORNIA WAS OPENED UP NOT IN MY PRESENCE AND A MEMORANDUM IS MISSING HALF OF ITS PAGES _DEXTER _1979_25CAL.3D921,925._

---

| | | | |
|---|---|---|---|
| **Investigated Date:** | 09/15/2023 | **Completed Date:** | 09/15/2023 06:29 |
| **Duplicate:** | NO | **Duplicate ID:** | |
| **Disposition:** | REJECT | | |

**Findings:** THE PREVIOUS RESPONSE FROM SGT CASTODIO IS APPROPRIATE REGARDING THIS MATTER.

**Actions:** NONE

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | NO | **Date:** | | **Allow Appeal:** | Y |

**Reason:**



San Bernardino County SD
655 East Third Street
San Bernardino, CA 92415

7/4/2020 8:56:44 PM PDT

# HOUSING ASSIGNMENT - Completed by: McGee Judeth RN on 7/4/2020 8:56:37 PM PDT

**Patient:** ROBINSON, TOM WADE  **#:** (1706370496)  **Lang:**

**DOB:** 7/1/1963 (Age=57)  **Sex:** M  **Race:** WHITE

**Housing:** 32-M7-30-PT  **SSN:** **HIDDEN**  **Court Date:** 10/2/2020 8:30:00 AM

**Status:** ACTIVE  **Booking Date:** 6/11/2017 5:28:00 AM PDT  **Release:**

☐ General Population    ☐ Isolation    ☐ Immediate Medical Housing
☐ Immediate Mental Health Housing    ☐ Suicide Precautions    ☐ Special Care Need(s)

**Suicide Precautions:**

## Special Care Need(s):

☐ Heart Problems    ☐ Seizure Disorder    ☐ Diabetes
☐ Limited Mobility    ☐ Lower Bunk    ☐ Detox Watch
☐ Pregnancy

## Classification Notification:

During screening by  ☑ Medical    ☐ Mental Health

it was determined the inmate also needs to be seen by  ☑ Medical    ☐ Mental Health

**Bunk Preference:**

**Comments:**

Permanent electric shave chrono

IN 2020 AT G.H.R.C. ONLY SPECIFIC PEOPLE COULD GET THE ELECTRIC SHAVERS AND NEEDED A "CHRONO". ALSO, THEY GAVE US STERILIZATION SPRAY WITH THE SHAVERS. I COULD NOT SHARE THE SHAVER WITH ANYONE ELSE. IF I DID I WOULD LOSE MY CHRONO. INDIGENT INMATES WERE GETTING RAZORS IN THEIR KITS

ROBINSON, TOM WADE (1706370496)



FF J4380 FF J4380

CONFIDENTIAL