# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WADE ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, *et al.*,<br><br>　　　　　Defendants. | Case No. ED CV 23-0836 DMG (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that Counts 2 through 5 of the First Amended Complaint are dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff is granted leave to file the proposed Second Amended Complaint to allege Counts 1 and 6 of the First Amended Complaint. The Second Amended Complaint must be filed by May 22, 2024.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at his current address of record and on counsel for Defendants.

DATED:  April 22, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE