**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THOMAS WADE ROBINSON,

               Plaintiff,

      v.

COUNTY OF SAN BERNARDINO, et al.,

          Defendants.

Case No. ED CV 23-836 DMG (PVCx)

**JUDGMENT**

-1-

-2-

The Court having dismissed Counts Two through Five of the First Amended Complaint with prejudice, thereby dismissing all individual Defendants, by Order dated April 22, 2024;

And the Court having granted Defendant San Bernardino County's Motion for Summary Judgment by Order dated May 22, 2026;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants and against Plaintiff Thomas Wade Robinson.

DATED:  May 22, 2026

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

-2-